UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 2015-298 (WOB-CJS)

PATTY JANE DONALDSON                                    PLAINTIFF

VS.                         <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 14), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. 12) is **denied**; and that defendant's motion for summary judgment (Doc. 13) is **granted**. A separate Judgment shall enter concurrently herewith.

This 28th day of September, 2016.



Signed By:

*William O. Bertelsman* WOB

United States District Judge